**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Andrew Sailer, Cameron Bradley, Sharyl Busch, Joshua Butler, David Christensen, Susan Falcon, David Gordon, Darin Johnson, Clay Kautzer, David Molitor, Jonathon Rasmussen, Jeanne Sagaser Rassier, and Bradly Scherer, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| City of Williston, | ) ) | Case No. 4:14-cv-069 |
| Defendants. | ) | |

Before the court is the Plaintiffs' Motion for attorney Megan K. Mechak to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Megan K. Mechak has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiffs' motion (Docket No. 3) is **GRANTED**. Attorney Megan K. Mechak is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 7th day of July, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge